the Supreme Court of Illinois denied. *Mr. Urban A. Lavery* for petitioners. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondents.

No. 955. VALENTI *v.* UNITED STATES. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Maurice Wormser* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 960. PATTERSON ET AL. *v.* TEXAS COMPANY. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. I. Kilpatrick* and *Jack M. Randal* for petitioners. *Mr. Herbert S. Garrett* for respondent.

No. 964. STANDARD DREDGING CORP. *v.* WALLING, ADMINISTRATOR. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roger Siddall, A. V. Cherbonnier,* and *Robert A. Lilly* for petitioner. *Solicitor General Fahy* and *Mr. Irving J. Levy* and *Miss Bessie Margolin* for respondent.

No. 985. KRESGE DEPARTMENT STORES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ward J. Herbert* for

petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.*, and *Messrs. Sewall Key* and *Morton K. Rothschild* and *Miss Helen R. Carloss* for respondent.

No. 1013. KELLEY, GLOVER & VALE, INC. ET AL. *v.* HEITMAN, RECEIVER, ET AL. June 1, 1943. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Messrs. Walter Myers* and *Jay E. Darlington* for petitioners. *Mr. John F. Anderson* for respondents.

No. 940. POTTS, TRADING AS SOUTHERN PROGRESS PUBLISHING CO., *v.* DIES. June 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *J. S. Potts, pro se.*

No. 979. BOONE *v.* BOONE. June 1, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Stuart H. Robeson* for petitioner. *Messrs. M. Ryan McCown* and *Louis M. Denit* for respondent.

No. 966. GENERAL MOTORS CORP. *v.* LARSON ET AL. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr.*